1  TAD A. DEVLIN (SBN: 190355)
   tdevlin@gordonrees.com
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendant
   INDIVIDUAL PRACTICE ASSOCIATION
6  MEDICAL GROUP OF SANTA CLARA COUNTY, INC.

7  PAUL L. REIN (SBN 43053)
   CELIA McGUINNESS (SBN 159420)
8  cmcguinness@reinlawoffice.com
   CATHERINE M. CABALO (SBN 215202)
9  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
10 Oakland, CA 94612
   Telephone: (510) 832-5001
11 Facsimile: (510) 832-4787

12
   Attorneys for Plaintiff
13 ROSA MCCLOSKEY

IT IS SO ORDERED
Judge Edward J. Davila
6/3/2011

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA MCCLOSKEY,                     )  | Case No.:  C11-01823 HRL |
|                                     )  | |
|            Plaintiff,               )  | **STIPULATION EXTENDING TIME TO** |
|       vs.                           )  | **RESPOND TO PLAINTIFF'S** |
|                                     )  | **COMPLAINT** |
| D&J HILLVIEW LLC; LABORATORY        )  | |
| CORPORATION OF AMERICA;             )  | |
| CAMBRIDGE PROPERTY MANAGEMENT; )  | |
| SECURE HORIZONS USA, INC.;          )  | |
| INDIVIDUAL PRACTICE ASSOCIATION     )  | |
| MEDICAL GROUP OF SANTA CLARA        )  | |
| COUNTY, INC.; and DOES 1-20, Inclusive, ) | |
|                                     )  | |
|            Defendants.              )  | |

TO THE COURT AND PARTIES OF RECORD IN THE ABOVE ENTITLED

ACTION:

   Plaintiff Rosa McCloskey ("Plaintiff") and Defendant Individual Practice Association

1 Medical Group of Santa Clara County, Inc. ("Defendant"), by and through their respective
2 counsel of record, hereby stipulate as follows:
3     WHEREAS Defendant's response to Plaintiff's Complaint is due to be filed on or before
4 June 7, 2011;
5     WHEREAS the parties have agreed, through their counsel of record, to allow Defendant
6 additional time to respond to the Complaint, the parties agree and hereby stipulate that
7 Defendant's response to Plaintiff's Complaint is due on or before June 21, 2011.

9     IT IS SO STIPULATED.

11 DATED: June 2, 2011    LAW OFFICES OF PAUL L. REIN

13 By:    /s/ Celia McGuinness
    Paul L. Rein
    Celia McGuinness
    Catherine M. Cabalo
    Attorneys for Plaintiff
    ROSA MCCLOSKEY

18 DATED: June 2, 2011    GORDON & REES LLP

20 By:    /s/ Tad A. Devlin
    Tad A. Devlin
    Attorneys for Defendant
    INDIVIDUAL PRACTICE ASSOCIATION
    MEDICAL GROUP OF SANTA CLARA
    COUNTY, INC.

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*