1  MELYNNIE A. RIZVI (SBN: 225591)
      E-Mail: rizvi@lbbslaw.com
2  HILARY DINKELSPIEL (SBN: 258855)
      E-Mail: dinkelspiel@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: 415.362.2580
5  Facsimile: 415.434.0882

6  Attorneys for Defendant
   SECURE HORIZONS USA, INC.
7

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/8/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ROSA MCCLOSKEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D & J HILLVIEW LLC; LABORATORY CORPORATION OF AMERICA; CAMBRIDGE PROPERTY MANAGEMENT; SECURE HORIZONS USA, INC; INDIVIDUAL PRACTICE ASSOCIATION MEDICAL GROUP OF SANTA CLARA COUNTY, INC., and DOES 1-20, Inclusive,<br><br>　　　　Defendants, | CASE NO. 5:11-cv-01823 EJD<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

Plaintiff ROSA MCCLOSKEY ("McCloskey") and Defendant SECURE HORIZONS USA, INC. ("SHU"), by and through their attorneys of record, do hereby stipulate and agree that the time for SHU to respond to McCloskey's Complaint in the above-referenced action shall be extended up to and including June 27, 2011.

///

///

///

1  IT IS SO STIPULATED.

2

3  DATED: June 6, 2011                    LEWIS BRISBOIS BISGAARD & SMITH LLP
4
5
6
                                          By _____
7                                            Melynnie A. Rizvi
                                             Hilary A. Dinkelspiel
8                                            Attorneys for Defendant
                                             SECURE HORIZONS USA, INC.
9
10
11
12 DATED: June 3, 2011                    LAW OFFICES OF PAUL L. REIN
13
14
                                          By _____
15                                           Paul L. Rein
                                             Celia McGuinness
16                                           Catherine M. Cabalo
                                             Attorneys for Plaintiff
17                                           ROSA MCCLOSKEY
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4847-7646-7209.1                                                    5:11-cv-01823 EJD
                                    2
JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT