1   Brian Mills (#216078)
    bmills@swlaw.com
2   SNELL & WILMER L.L.P.
    600 Anton Boulevard, Suite 1400
3   Costa Mesa, CA  92626-7689
    Telephone: (714) 427-7000
4   Facsimile: (714) 427-7799

5   Attorneys for Defendant
    Laboratory Corporation of America

6

7

IT IS SO ORDERED

Judge Edward J. Davila

6/14/2011

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11   ROSA MCCLOSKEY,                           CASE NO. C11-01823 EJD

12                 Plaintiff,                  **STIPULATION TO EXTEND TIME
                                               TO RESPOND TO COMPLAINT
13   vs.                                       (Civil L.R. 6-1)**

14   D & J HILLVIEW LLC;
     LABORATORY CORPORATION           **Complaint served: 5/25/11**
15   OF AMERICA; CAMBRIDGE            **Current response date: 6/15/11**
     PROPERTY MANAGEMENT;             **New response date: 6/29/11**
16   SECURE HORIZONS USA, INC.;
     INDIVIDUAL PRACTICE
17   ASSOCIATION MEDICAL
     GROUP OF SANTA CLARA
18   COUNTY, INC.; and DOES 1-20,
     Inclusive,
19
                   Defendants.
20

21

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

**Snell & Wilmer**
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

13231315.1

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
(No. C11-01823 EJD)

1    Pursuant to Civil L.R. 6-1, Plaintiff Rosa McCloskey, an individual, and

2    Defendant Laboratory Corporation of America ("LabCorp"), by and through their

3    respective counsel, hereby stipulate and agree that LabCorp, shall have a two week

4    extension, to and until June 29, 2011 within which to respond to Plaintiff's

5    Complaint.

6

7    Dated: June 13, 2011                          LAW OFFICE OF PAUL L. REIN

8

9                                                  By:    s/Paul L. Rein
10                                                        Paul L. Rein
                                                          Celia McGuinness
11                                                        Catherine M. Cabalo
12                                                        Attorneys for Plaintiff
                                                          Rosa McCloskey
13

14   Dated: June 13, 2011                          SNELL & WILMER L.L.P.

15

16                                                 By:    s/Brian Mills
17                                                        Brian Mills
                                                          Attorneys for Defendant
18                                                        Laboratory Corporation of America

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

13231315.1

- 2 -

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
(No. C11-01823 EJD)

*Rosa McCloskey vs. D & J Hillview LLC; et al.*
**U.S. District Court, Central District, Case No. C11-01823 EJD**

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2011, I electronically filed the document described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Paul L. Rein, Esq.<br>Law offices of Paul L. Rein<br>200 Lakeside Drive, Suite A<br>Oakland, CA  94612 | Attorneys for Rosa McCloskey<br><br>Tel:        (510) 832-5001<br>Fax:       (510) 832-4787<br>E-mail:   reinlawoffice@aol.com |
| Melynnie Anne Rizvi<br>Lewis Brisbois Bisgaard & Smith<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104 | Attorneys for Secure Horizons USA, Inc<br><br>Tel:        (415) 362-2580<br>Fax:       (415) 434-0882<br>Email:    rizvi@lbbslaw.com |
| Tad A. Devlin<br>Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Attorneys for Individual Practice Association Medical Group of Santa Clara County, Inc<br><br>Tel:        (415) 986-5900<br>Fax:       (415) 986-8054<br>Email:    tdevlin@gordonrees.com |

Dated:  June 13, 2011                    SNELL & WILMER L.L.P.


By:  /s/ Brian Mills
_____
Brian Mills
Attorneys for Defendant
Laboratory Corporation of America

**Snell & Wilmer**
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28