TAD A. DEVLIN (SBN: 190355)
INNA ZATULOVSKY (SBN: 232434)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
INDIVIDUAL PRACTICE ASSOCIATION
MEDICAL GROUP OF SANTA CLARA COUNTY, INC.

PAUL L. REIN (SBN: 43053)
CELIA McGUINNESS (SBN: 159420)
CATHERINE M. CABALO (SBN: 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787

Attorneys for Plaintiff
ROSA MCCLOSKEY

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/24/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MCCLOSKEY, <br><br>　　　　　Plaintiff, <br>　vs. <br><br>D&J HILLVIEW LLC; LABORATORY CORPORATION OF AMERICA; CAMBRIDGE PROPERTY MANAGEMENT; SECURE HORIZONS USA, INC.; INDIVIDUAL PRACTICE ASSOCIATION MEDICAL GROUP OF SANTA CLARA COUNTY, INC.; and DOES 1-20, Inclusive, <br><br>　　　　　Defendants. | Case No.:  C11-01823 EJD <br><br>**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

TO THE COURT AND PARTIES OF THE ABOVE ENTITLED ACTION:

The parties hereto, Plaintiff Rosa McCloskey and Defendant Individual Practice Association Medical Group of Santa Clara County, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

1   WHEREAS Defendant's response to Plaintiff's Complaint is due to be filed on or before
2   June 21, 2011 by previous stipulation of the parties;
3   WHEREAS Plaintiff's counsel has agreed to allow Defendant additional time to respond
4   to the Complaint, the parties agree and hereby stipulate now that Defendant's response to
5   Plaintiff's Complaint is due on or before July 6, 2011.

7   IT IS SO STIPULATED:

9   DATED:  June 21, 2011                         LAW OFFICES OF PAUL L. REIN

11                                                By: _____
                                                      Paul L. Rein
                                                      Celia McGuinness
                                                      Catherine M. Cabalo
                                                      Attorneys for Plaintiff
                                                      ROSA MCCLOSKEY

16  DATED:  June 21, 2011                         GORDON & REES LLP

18                                                By:  ___*Tad A. Devlin* _____
                                                      Tad A. Devlin
                                                      Attorneys for Defendant
                                                      INDIVIDUAL PRACTICE ASSOCIATION
                                                      MEDICAL GROUP OF SANTA CLARA
                                                      COUNTY, INC.

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA  94111

DRDF/1070701/9996956v.1

2
STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. C11-01823 EJD

1     WHEREAS Defendant's response to Plaintiff's Complaint is due to be filed on or before
2 June 21, 2011 by previous stipulation of the parties;
3     WHEREAS Plaintiff's counsel has agreed to allow Defendant additional time to respond
4 to the Complaint, the parties agree and hereby stipulate now that Defendant's response to
5 Plaintiff's Complaint is due on or before July 6, 2011.

7     IT IS SO STIPULATED:

9 DATED: June 21, 2011          LAW OFFICES OF PAUL L. REIN

By: _____
    Paul L. Rein
    Celia McGuinness
    Catherine M. Cabalo
    Attorneys for Plaintiff
    ROSA MCCLOSKEY

16 DATED: June 21, 2011          GORDON & REES LLP

By: __*Tad A. Devlin*__
    Tad A. Devlin
    Attorneys for Defendant
    INDIVIDUAL PRACTICE ASSOCIATION
    MEDICAL GROUP OF SANTA CLARA
    COUNTY, INC.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111