UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MCCLOSKEY, <br><br> Plaintiff, <br><br> vs. <br><br> D&J HILLVIEW LLC; LABORATORY CORPORATION OF AMERICA; CAMBRIDGE PROPERTY MANAGEMENT; SECURE HORIZONS USA, INC.; INDIVIDUAL PRACTICE ASSOCIATION MEDICAL GROUP OF SANTA CLARA COUNTY, INC.; and DOES 1-20, Inclusive, <br><br> Defendants. | Case No.: C11-01823 EJD <br><br> JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS SECURE HORIZONS USA, INC., AND INDIVIDUAL PRACTICE ASSOCIATION MEDICAL GROUP OF SANTA CLARA COUNTY |

The parties hereto, Plaintiff Rosa McCloskey ("Plaintiff") and Defendant Individual Practice Association Medical Group of Santa Clara County, Inc. ("SCIPPA"), Defendant Secure Horizons USA, Inc. ("SECURE HORIZONS"), Defendant Laboratory Corporation Of America ("LABCORP"), and Defendants Cambridge Property Management and D&J HillView, LLC by and through their respective counsel of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants SCIPPA and SECURE HORIZONS with prejudice.

IT IS SO STIPULATED:

DATED: July 5, 2011

LAW OFFICES OF PAUL L. REIN

By: _____
Paul L. Rein
Celia McGuinness
Catherine M. Cabalo
Attorneys for Plaintiff
ROSA MCCLOSKEY

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

2
JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO. C11-01823 EJD

| | | |
|---|---|---|
| 1 | DATED: July 5, 2011 | GORDON & REES LLP |
| 2 | | |
| 3 | | By: ___Tad A. Devlin___ |
| 4 | | Tad A. Devlin |
| 5 | | Attorneys for Defendant INDIVIDUAL PRACTICE ASSOCIATION MEDICAL GROUP OF SANTA CLARA COUNTY, INC. |
| 6 | | |
| 7 | DATED: July 5, 2011 | By:_____ Robert J. Gibson |
| 8 | | |
| 9 | | Brian Mills SNELL & WILMER LLP Attorneys for Defendant LABORATORY CORPORATIONS OF AMERICA |
| 10 | | |
| 11 | DATED: July 5, 2011 | By:_____ Melynnie Anne Rizvi LEWIS BRISBOIS BISGAARD & SMITH Attorneys for Defendants SECURE HORIZONS USA INC. |
| 12 | | |
| 13 | | |
| 14 | DATED: July 5, 2011 | By:_____ Servando R. Sandoval PAHL & McCAY, APC Attorneys for Defendant CAMBRIDGE PROPERTY MANAGEMENT and D & J HILLVIEW, LLC |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |

### ORDER

Pursuant to the parties' stipulation, it is hereby ordered that Defendants Secure Horizons USA, Inc., and Individual Practice Association Medical Group of Santa Clara County are dismissed with prejudice from this action.

Date: July 14 2011

_____
United States District Judge

---

3

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO. C11-01823 EJD

| | |
|---|---|
| 1 | TAD A. DEVLIN (SBN: 190355) |
| | INNA ZATULOVSKY (SBN: 232434) |
| 2 | GORDON & REES LLP |
| | 275 Battery Street, Suite 2000 |
| 3 | San Francisco, CA  94111 |
| | Telephone: (415) 986-5900 |
| 4 | Facsimile:  (415) 986-8054 |
| | Attorneys for Defendant |
| 5 | INDIVIDUAL PRACTICE ASSOCIATION |
| | MEDICAL GROUP OF SANTA CLARA COUNTY, INC. |
| 6 | |
| | PAUL L. REIN (SBN: 43053) |
| 7 | CELIA McGUINNESS (SBN: 159420) |
| | CATHERINE M. CABALO (SBN: 215202) |
| 8 | LAW OFFICES OF PAUL L. REIN |
| | 200 Lakeside Drive, Suite A |
| 9 | Oakland, CA 94612 |
| | Telephone: (510) 832-5001 |
| 10 | Facsimile: (510) 832-4787 |
| | Attorneys for Plaintiff |
| 11 | ROSA MCCLOSKEY |
| 12 | |
| | ROBERT J. GIBSON |
| | BRIAN JAMES MILLS |
| 13 | SNELL & WILMER LLP |
| | 600 Anton Blvd. |
| 14 | Suite 1400 |
| | Costa Mesa, CA 92626-7689 |
| 15 | Telephone: (714) 427-7000 |
| | Facsimile: (714) 427-7799 |
| 16 | Attorneys for Defendants |
| | LABORATORY CORPORATIONS OF AMERICA |
| 17 | |
| | MELYNNIE ANNE RIZVI |
| 18 | LEWIS BRISBOIS BISGAARD & SMITH |
| | One Sansome Street, Suite 1400 |
| 19 | San Francisco, CA 94104 |
| | Telephone: (415) 362-2580 |
| 20 | Facsimile: (415) 434-0882 |
| | Attorneys for Defendants |
| 21 | SECURE HORIZONS USA INC. |
| 22 | SERVANDO R. SANDOVAL |
| | PAHL & MCCAY, APC |
| 23 | 225 W. Santa Clara Street, Suite 1500 |
| | San Jose, CA 95113-1700 |
| 24 | Telephone: (408) 286-5100 |
| | Facsimile: (408) 286-5722 |
| 25 | Attorneys for Defendant |
| | CAMBRIDGE PROPERTY MANAGEMENT |
| 26 | D & J HILLVIEW LLC |
| 27 | |
| 28 | |

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*