**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSA McCLOSKEY, | CASE NO. 5:11-cv-01823 EJD |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE; SCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| D&J HILLVIEW LLC, et. al., | [Docket Item No. 28] |
| Defendant(s). | |

Having reviewed and considered Plaintiff's return to the Order to Show Cause (see Docket Item No. 28), the court finds Plaintiff has demonstrated good cause as directed. Accordingly, the Order to Show Cause issued August 30, 2011, is hereby DISCHARGED.

The court schedules this case for a Case Management Conference on **December 9, 2011, at 10:00 a.m.** A Joint Case Management Conference Statement, which shall include, inter alia, a statement describing the status of the case, shall be filed on or before **December 2, 2011**.

**IT IS SO ORDERED.**

Dated: September 28, 2011

_____
EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-01823 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE; SCHEDULING CASE MANAGEMENT CONFERENCE
(EJDLC1)