1  Robert J. Gibson (#144974)
   hgibson@swlaw.com
2  Brian Mills (#216078)
   bmills@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
4  Costa Mesa, CA  92626-7689
   Telephone: (714) 427-7000
5  Facsimile: (714) 427-7799

6  Attorneys for Defendant
   Laboratory Corporation of America
7

**IT IS SO ORDERED AS MODIFIED**

*Judge Edward J. Davila*

11/29/2011

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  ROSA MCCLOSKEY,                          CASE NO. 5:11-cv-01823 EJD

12              Plaintiff,                    CTRM:    1
                                             JUDGE:   Edward J. Davila
13  vs.

14  D & J HILLVIEW LLC;                      **NOTICE OF SETTLEMENT AND
    LABORATORY CORPORATION                   STIPULATION AND ORDER TO
15  OF AMERICA; CAMBRIDGE                    CONTINUE THE CASE
    PROPERTY MANAGEMENT;                     MANAGEMENT CONFERENCE**
16  SECURE HORIZONS USA, INC.;
    INDIVIDUAL PRACTICE                      DATE:       December 9, 2011
17  ASSOCIATION MEDICAL                      TIME:       10:00 am
    GROUP OF SANTA CLARA                     CRTRM:      1
18  COUNTY, INC.; and DOES 1-20,             JUDGE:      Hon. Edward J. Davila
    Inclusive,
19
                Defendants.
20

21

22          NOTICE IS HEREBY GIVEN that the aforementioned matter known as

23  *McCloskey v. D & J Hillview LLC, et al.*, Case No. C11-01823 EJD, has been

24  resolved.  The parties request this Court continue the Case Management Conference

25  currently scheduled for December 9, 2011 for 30 days so the parties can complete

26  the settlement documents and file a dismissal.

27  / / /

28  / / /

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

14081489

NOTICE OF SETTLEMENT AND
STIPULATION AND ORDER TO CONTINUE CMC
(CASE NO. 5:11-cv-01823 EJD)

1    IT IS THEREFORE STIPULATED by and between plaintiff Rosa

2  McCloskey and defendants Laboratory Corporation of America and D & J Hillview

3  LLC that the Court continues the Case Management Conference for 30 days.

4

5  Dated: November 23, 2011                    LAW OFFICE OF PAUL L. REIN

6

7                                    By:   s/Paul L. Rein

8                                          Paul L. Rein
                                           Attorneys for Plaintiff
9                                          Rosa McCloskey

10

11  Dated: November 23, 2011                    SNELL & WILMER L.L.P.

12

13                                    By:  s/Brian Mills

14                                         Brian Mills
                                           Attorneys for Defendant
15                                         Laboratory Corporation of America

16

17  Dated: November 23, 2011                    PAHL & MCCAY, APC

18

19                                    By:   s/Servando Sandoval

20                                          Servando Sandoval
                                            Attorneys for Defendant
21                                          D & J Hillview LLC

22

23  **IT IS SO ORDERED**

24  Having considered the stipulation, and good cause appearing, ꝡj g'Ecug'O cpci go gpv'

25  Conference ku'j gtgd{'XCEC VGF0'Cp'Qtf gt'tq'Uj qy 'Ecug'Tg'Ugwgo gpv'ku'ugv'

26  hqt'Lcpwct{'35.'4234'cv'; -22'CO0'Vj g'Eqwtv'tq'ksuue'hwtvj gt'Qtf gt'tq'Uj qy 'Ecwug0

27

28  Dated: __November 29__, 2011      ''''''''''Hon. Edward J. Davila

NOTICE OF SETTLEMENT AND
STIPULATION AND ORDER TO CONTINUE CMC
(CASE NO. 5:11-cv-01823 EJD)

14081489

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

*Rosa McCloskey vs. D & J Hillview LLC; et al.*
**U.S. District Court, Central District, Case No. C11-01823 EJD**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 23, 2011, I electronically filed the document described as **NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Catherine M. Cabalo    ccabalo@reinlawoffice.com
- Celia Louise McGuinness    cmcguinness@reinlawoffice.com
- Melynnie Anne Rizvi   rizvi@lbbslaw.com, mack@lbbslaw.com
- Paul Leslie Rein    reinlawoffice@aol.com, aclefton@reinlawoffice.com
- Servando R. Sandoval   ssandoval@pahl-mccay.com
- Tad A. Devlin    tdevlin@gordonrees.com, zsarkisova@gordonrees.com

Dated:  November 23, 2011          SNELL & WILMER L.L.P.


                              By:  /s/ Brian Mills
                                  Brian Mills
                                  Attorneys for Defendant
                                  Laboratory Corporation of America

Snell & Wilmer
— L.L.P. —
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

14081489