PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
ROSA MCCLOSKEY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSA MCCLOSKEY,

    Plaintiff,

v.

D & J HILLVIEW LLC;
LABORATORY CORPORATION
OF AMERICA; CAMBRIDGE
PROPERTY MANAGEMENT;
SECURE HORIZONS USA, INC.;
INDIVIDUAL PRACTICE
ASSOCIATION MEDICAL GROUP
OF SANTA CLARA COUNTY,
INC.; and DOES 1-20, Inclusive,

    Defendants.

_____/

CASE NO. C11-1823 EJD
Civil Rights

**STIPULATION FOR DISMISSAL
WITH PREJUDICE**

    All parties, including the The Rosa McCloskey Trust on behalf of decedent Rosa McCloskey, have settled all issues in this case, including the provision of improved disabled access at the subject premises, damages to the Trust, and payment of plaintiff's statutory attorney fees, litigation expenses and costs, and have entered into a separate agreement including these components.

    IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1).

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. C11-1823 EJD

-1-

S:\CASES\D&J HILLVIEW\PLEADINGS\STIP FOR DISMISSAL-PL.wpd

1   Dated: December 29, 2011             LAW OFFICES OF PAUL L. REIN

2

3                                       PAUL L. REIN
                                        Attorney for Plaintiff
4                                       Rosa Mccloskey

5                Jan.
6   Dated: December 5, 2011             SNELL & WILMER LLP

7

8                                       BRIAN MILLS
                                        Attorneys for Defendant
9                                       Laboratory Corporation of America

10               January 4
11  Dated: December __, 2011            PAHL & MCCAY, APC

12

13                                      SERVANDO SANDOVAL
                                        Attorneys for Defendant
14                                      D & J Hillview LLC

15

16          Having reviewed the above Stipulation for Dismissal submitted by the

17  parties,

18

19          IT IS HEREBY ORDERED that Plaintiff's Complaint in the

20  above-entitled action shall be dismissed with prejudice as against all Defendants,

21  with each party to bear its own fees and costs in the action.

22          The Clerk shall close this file.

23  Dated: January 6, 2012

24                                      EDWARD J. DAVILA
                                        United States District Judge
25

26

27

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. C11-1823 EJD                       -2-                    S:\CASES\D\D&J HILLVIEW\PLEADINGS\STIP FOR DISMISSAL PL.wpd

*Rosa McCloskey vs. D & J Hillview LLC; et al.*
**U.S. District Court, Central District, Case No. C11-01823 EJD**

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2012, I electronically filed the document described as **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Brian James Mills bmills@swlaw.com, tmartin@swlaw.com
- Catherine M. Cabalo ccabalo@reinlawoffice.com
- Celia Louise McGuinness cmcguinness@reinlawoffice.com
- Melynnie Anne Rizvi invalidaddress@invalidaddress.com
- Paul Leslie Rein reinlawoffice@aol.com, aclefton@reinlawoffice.com
- Robert J. Gibson hgibson@swlaw.com, cfrench@swlaw.com
- Servando R. Sandoval ssandoval@pahl-mccay.com

Dated:  January 5, 2012              SNELL & WILMER L.L.P.


                                    By:  /s/ Brian Mills
                                         _____
                                         Brian Mills
                                         Attorneys for Defendant
                                         Laboratory Corporation of America

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000